IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEREMIAH ALEXANDER WILLIAMS (FDC ID 306436), Plaintiff, | : : : : | |
| v. | : : | CIVIL ACTION NO. 1:17-CV-5433-AT-CMS |
| CENTRAL SOURCE, LLC, et al., Defendants. | : : : | |

**FINAL REPORT AND RECOMMENDATION**

The Clerk of the Court opened this case when Florida state inmate Jeremiah Williams Alexander mailed in a "Notice of Noncompliance and Intent to Sue" directed to Central Source LLC (d/b/a AnnualCreditReport.com) and the three major credit reporting agencies. *See* [1]. Williams's "Notice," which demanded that the named entities "immediately provide the requested free credit report," also stated that "if this claim is not resolved on or before sixty (60) days from the date of this Notice[, he would] proceed with commencing an action on [his] claim(s) in the United States District Court for the Northern District of Georgia, Atlanta Division . . . ." *Id.* at 3. I further note that Williams submitted his "Notice" without either paying the $400 due to initiate a civil case in this Court or requesting permission to proceed *in forma pauperis* ("IFP").

Based on the foregoing, I conclude that Williams's "Notice" was a pre-litigation communication explicitly indicating that Williams wished to settle his "claim(s)" out-of-court, *without* litigation, rather than a complaint, intended to initiate a civil action.

Accordingly, I **RECOMMEND** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

If, in the future, Williams elects to file a complaint and either to (i) pay the $400 due in case initiation fees or (ii) request permission to proceed IFP, the Clerk can open a new matter.

I advise Williams that, as a prisoner, he will be responsible for paying the entire filing fee in installments, even if he is granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(2).

I **DIRECT** the Clerk to terminate the referral of this case to me.

**SO RECOMMENDED AND DIRECTED**, this 27th day of February, 2018.

*Catherine Salinas*
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE