IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEREMIAH ALEXANDER
WILLIAMS, (FDC ID 306436),

    Plaintiff,

v.

CENTRAL SOURCE, LLC, et al.,

    Defendants.

CIVIL ACTION NO.
1:17-CV-5433-AT

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 2] that this action be dismissed without prejudice.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 3rd day of April, 2018.

_____
**Amy Totenberg**
**United States District Judge**